JEFFREY A. BERGER (State Bar No. 104227)
BERGER LAW OFFICES
22 Battery Street, Suite 610
San Francisco, CA 94111
Telephone: (415) 399-9994
Facsimile: (415) 398-5890
Email:      jab@jablawoffices.com

Attorneys for Plaintiffs
BAHRAM & FIROOZEH KHAMENEHPOUR

CYNTHIA MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
KIMBERLY DE HOPE (State Bar No. 215217)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email:      cmellema@sonnenschein.com
            jbutler@sonnenschein.com
            kdehope@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHRAM KHAMENEHPOUR, FIROOZEH KHAMENEHPOUR,<br><br>         Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY and DOES 1-50, inclusive,<br><br>         Defendants. | CASE No. C06-07015 MHP<br><br>STIPULATION TO CONTINUE DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION |

-1-

CASE NO. C06-07015 MHP                                          Stip. To Continue ENE

Pursuant to ADR L.R. 5-5 and Civ. L.R. 6-1(b), 7-1(a), and 7-11, the parties hereby present this stipulated request to extend the ENE deadline in this case.

Good cause exists to extend the ENE deadline, currently set for June 21, 2007. An ENE session was previously scheduled for June 20, 2007. However, on June 13, 2007, Michael G. W. Lee, the assigned evaluator, advised the parties he would be in trial and needed to reschedule the ENE. It is therefore impossible to complete the ENE prior to the current deadline.

All parties concur in this request. Mr. Lee similarly requests an extension of the deadline.

The parties propose the ENE deadline be continued 90 days, until September 13, 2007, so that the ENE session may be rescheduled at the convenience of all parties, their counsel, and Mr. Lee.

Dated: June 21, 2007

Respectfully Submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By_____/s/_____
KIMBERLY DE HOPE

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

Dated: June __, 2007

Respectfully Submitted,

BERGER LAW OFFICES

By_____
JEFFREY BERGER

Attorneys for Plaintiffs
BAHRAM AND FIROOZEH
KHAMENEHPOUR

1  Pursuant to ADR L.R. 5-5 and Civ. L.R. 6-1(b), 7-1(a), and 7-11, the parties hereby
2  present this stipulated request to extend the ENE deadline in this case.
3  Good cause exists to extend the ENE deadline, currently set for June 21, 2007. An ENE
4  session was previously scheduled for June 20, 2007. However, on June 13, 2007, Michael G. W.
5  Lee, the assigned evaluator, advised the parties he would be in trial and needed to reschedule the
6  ENE. It is therefore impossible to complete the ENE prior to the current deadline.
7  All parties concur in this request. Mr. Lee similarly requests an extension of the
8  deadline.
9  The parties propose the ENE deadline be continued 90 days, until September 13, 2007,
10 so that the ENE session may be rescheduled at the convenience of all parties, their counsel, and
11 Mr. Lee.

Dated: June __, 2007

Respectfully Submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
        JEFFRY BUTLER

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

Dated: June 21, 2007

Respectfully Submitted,

BERGER LAW OFFICES

By _____
        JEFFREY BERGER

Attorneys for Plaintiffs
BAHRAM AND FIROOZEH
KHAMENEHPOUR

June 22, 2007



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-