CYNTHIA MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
CHRISTOPHER WINDLE (State Bar No. 141123)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Boulevard, Suite 800
Walnut Creek, California 94596
Telephone:   (925) 949-2600
Facsimile:    (925) 949-2610
Email:         cmellema@sonnenschein.com
                   jbutler@sonnenschein.com
                   cwindle@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAHRAM KHAMENEHPOUR, FIROOZEH KHAMENEHPOUR,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 - 50, inclusive,<br><br>Defendants. | No. C06-07015 MHP<br><br>NOTICE OF CONCLUSION OF APPRAISAL PROCEEDINGS AND REQUEST FOR CASE MANAGEMENT CONFERENCE |

1   As required by the Court's November 9, 2007 order, Allstate Insurance Company hereby
2   notifies the Court that the parties have concluded the appraisal in this case, and the case is
3   therefore ready for a case management conference. Allstate's counsel respectfully requests that
4   the Court not set the conference before August 25, 2008.

6   Dated: July 17, 2008              Respectfully Submitted,
7                                     SONNENSCHEIN NATH & ROSENTHAL LLP

9                                     By _____/s/ JEFFRY BUTLER_____
                                            JEFFRY BUTLER

                                      Attorneys for Defendant
                                      ALLSTATE INSURANCE COMPANY

### ORDER

Having reviewed the notice of completion of appraisal, the Court orders a case management conference for __September 22__, 2008, at __3:00__ a.m./p.m. Updated case management statements are to be filed no later than __September 15__, 2008.

IT IS SO ORDERED.

Dated: _July 18, 2008_

IT IS SO ORDERED
Judge Marilyn H. Patel

-2-
CASE NO.C06-07015 MHP                           NOTICE OF CONCLUSION OF APPRAISAL
                                                AND REQUESTS FOR CMC